# CERTIFICATE OF SERVICE

**Case Name:**  *Certain Underwriters at Lloyd's, London vs. Colby Robinson, et al.*
**Case Number:**       15-cv-02946-RS

    I am employed in the County of Los Angeles, State of California, United States of America. I am over the age of 18 and not a party to the within action; my business address is 36 Malaga Cove Plaza, Suite 206, Palos Verdes Estates, CA 90274.

    On **August 18, 2015**, I served the document(s) described as:

1) Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement;
2) Standing Order of Magistrate Judge Nandor J. Vadas;
3) Order Setting Initial Case Management Conference and ADR Deadlines;
4) Consent or Declination to Magistrate Judge Jurisdiction;
5) Order re Reassignment to Hon. Richard Seeborg;
6) Plaintiff's Administrative Motion to Relate Cases Pursuant to Local Rule 3-12(b) and Local Rule 7-11;
7) Declaration of Aya J. Deam in Support of Plaintiff's Administrative Motion to Relate Cases Pursuant to Local Rule 3-12(b) and Local Rule 7-11;
8) Related Case Order;
9) Standing Order re: Initial Case Management;
10) Clerk's Notice Scheduling Case Management Conference;
11) Guidelines for Final PreTrial Conference in Jury Cases Before District Judge Richard Seeborg; and
12) Guidelines for Final PreTrial Conference in Bench Trials Cases Before District Judge Richard Seeborg;

on the party(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Mr. Bruce Shakman<br>5210 E. Hampton Avenue, #1245<br>Mesa, AZ 85206 | *Defendant In Pro Per* |

(x)      (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California

1  in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more
2  than one day after date of deposit for mailing in affidavit.

3  I declare under penalty of perjury under the laws of the United States of America that the
4  information in this certificate of service is true and correct.

5  **Date: August 18, 2015**

6

7    BRITTANY FORSTER                            /s/ Brittany D. Forster
       Print Name                                    Signature

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE