United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO CERTIFICATE NO. 456344,<br><br>Plaintiff,<br><br>v.<br><br>COLBY ROBINSON, et al.,<br><br>Defendants. | Case No. 15-cv-02946-RS<br><br>**ORDER VACATING ORDER REFERRING CASE TO MEDIATION** |

After the initial case management conference, the parties were referred to mediation. Since then, on November 6, 2015, the parties were referred to Magistrate Judge Spero for a settlement conference. In light of the referral to a settlement conference, the order referring the case to mediation (Dkt. 28) is vacated.

**IT IS SO ORDERED**.

Dated: November 23, 2015

_____
RICHARD SEEBORG
United States District Judge