IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Certain Underwriters at Lloyd's, London, subscribing to Certificate No. 456344,<br><br>    Plaintiffs,<br>v.<br><br>Colby Robinson, et al.,<br><br>    Defendants.<br>_____/ | No. C 15-02946 RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **February 29, 2016**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 3, 2016 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  1/7/16

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE